No. 95–8695. SMITH v. KUHLMANN, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 95–8708. MALONE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–8715. AGUIRRE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–1244. RUVALCABA v. CITY OF LOS ANGELES ET AL. C. A. 9th Cir. Motion of Police Misconduct Lawyers Referral Service for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 95–1329. MOCK ET UX. v. PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL RESOURCES. Sup. Ct. Pa. Motions of Washington Legal Foundation et al. and Pacific Legal Foundation for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 95–1514. CALIFORNIA ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 95–887. WAYMER v. UNITED STATES, *ante*, p. 1119;

No. 95–1123. GODBY v. ELECTROLUX CORP., *ante*, p. 1120;

No. 95–1296. TALLEY v. FLATHEAD VALLEY COMMUNITY COLLEGE ET AL., *ante*, p. 1121;

No. 95–7824. BANKS v. CALIFORNIA ET AL., *ante*, p. 1142;

No. 95–7868. BURLEY v. MCDONNELL DOUGLAS HELICOPTER CO., *ante*, p. 1143; and

No. 95–8003. SARTIN v. VIRGINIA ET AL., *ante*, p. 1125. Petitions for rehearing denied.

MAY 28, 1996

No. 94–1838. OXY USA INC. v. CONTINENTAL TREND RESOURCES, INC., ET AL. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in